OPINION — AG — ** STATE BOARD OF BARBERS EXAMINERS — SALARY FOR MEMBERS ** THE SECRETARY OF SAID BOARD IS ENTITLED TO RECEIVE $7.00 PER DAY FOR EACH DAY HE IS ACTUALLY ENGAGED IN THE DISCHARGE OF HIS OFFICIAL DUTIES, NOT TO EXCEED, HOWEVER, SUM OF $1,800.00 IN ANY ONE FISCAL YEAR. (SALARY COMPENSATION, TRAVEL, PER DIEM, STATE AGENCY) CITE: 59 O.S. 82 [59-82] (FRED HANSEN)